### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adversary Proceeding Case No. 19-50951 (BLS) |
| vs. | |
| IVY LEAGUE COLLEGE PLANNING STRATEGIES, INC., and MICHAEL RAPPA, | |
| Defendants. | |

### STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Pursuant to this Court's September 3, 2020, scheduling order (the "Scheduling Order"), plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendants Ivy League College Planning Strategies, Inc., and Michael Rappa, stipulate as follows:

    1.    Judith K. Fitzgerald, Esquire, of Tucker Arensberg shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

    2.    The mediation between the parties shall proceed in accordance with the Scheduling Order and the deadlines set forth therein and shall be conducted in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator. The parties will select a date for commencement of the mediation.

STIPULATED AND AGREED:

Dated: October 27, 2020

| PACHULSKI STANG ZIEHL & JONES LLP | THE ROSNER LAW GROUP LLC |
|---|---|
| */s/ Colin R. Robinson* | */s/ Frederick B. Rosner* |
| Bradford J. Sandler (DE Bar No. 4142) | Frederick B. Rosner (DE Bar No. 3995) |
| Andrew W. Caine (CA Bar No. 110345) | Jason A. Gibson (DE Bar No. 6091) |
| Colin R. Robinson (DE Bar No. 5524) | 824 N. Market Street, Suite 810 |
| 919 North Market Street, 17th Floor | Wilmington, DE 19801 |
| P.O. Box 8705 | Telephone: (302) 777-1111 |
| Wilmington, DE 19899-8705 (Courier 19801) | Email: rosner@teamrosner.com |
| Telephone: (302) 652-4100 |        gibson@teamrosner.com |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | and |
|       acaine@pszjlaw.com | |
|       crobinson@pszjlaw.com | THE SARACHEK LAW FIRM |
| | Joseph E. Sarachek |
| *Counsel to Plaintiff* | Jonathan H. Miller |
| | 101 Park Avenue, 27th Floor |
| | New York, NY 10178 |
| | Telephone: (646) 517-5420 |
| | Fax: (646) 861-4950 |
| | Email: joe@sarscheklawfirm.com |
| |       jon@sarscheklawfirm.com |
| | |
| | *Counsel to Defendants* |