# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (JKS) |
| Debtor. | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : | MEDIATOR'S CERTIFICATE OF COMPLETION |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 19-50951 (JKS) |
| Ivy League College Planning Strategies, Inc. and Michael Rappa, | : | |
| Defendant. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation was completed on July 7, 2021 and resolved in the following manner *(complete applicable provisions)*.

(a) The following individuals were present:

  (1) Parties (name and capacity) -

  Michael Rappa, Defendant

  (2) Counsel (name and party representing) -

  Jason Pomerantz, Counsel to Michael Goldberg
  Jonathan Miller, Counsel to Defendant

(b) The following parties failed to appear and/or participate as ordered:

(c) The outcome of the mediation conference was:

  __X__ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

TADMS:5541695-1 035888-190636

   \_\_\_\_\_   The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

   \_\_\_\_   The following issues remain for this court to resolve:

   \_\_\_\_   The matter has not been resolved and should proceed to trial.

   \_\_\_\_   OTHER: This matter has settled prior to mediation.


Dated: August 2, 2021            */s/ Judith K. Fitzgerald*
                                                   Judith K. Fitzgerald (PA I.D. No. 18110)
                                                   Tucker Arensberg, P.C.
                                                   1500 One PPG Place
                                                   Pittsburgh, PA 15222
                                                   (412) 594-1212