# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No.: 19-50951 (JKS) |
| vs. | **Ref Docket No. 62** |
| IVY LEAGUE COLLEGE PLANNING STRATEGIES, INC., and MICHAEL RAPPA, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO        )
                     ) ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

-1-

2. On May 10, 2022, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding" dated May 10, 2022, [Docket No. 62], by causing a true and correct copy to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
19th day of May, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| THE ROSNER LAW GROUP LLC | ATTN FREDERICK B. ROSNER | 824 MARKET STREET, SUITE 810 | | | WILMINGTON | DE | 19801 | rosner@teamrosner.com |
| THE ROSNER LAW GROUP LLC | ATTN JASON A GIBSON | 824 N. MARKET ST STE 810 | | | WILMINGTON | DE | 19801 | gibson@teamrosner.com;rosner@teamrosner.com |
| THE SARACHEK LAW FIRM | ATTN JOSEPH E SARACHEK ESQ | 101 PARK AVENUE 27TH FLOOR | | | NEW YORK | NY | 10178 | sarachekesq@gmail.com; joe@saracheklawfirm.com |
| THE SARACHEK LAW FIRM | ATTN JONATHAN H. MILLER, ESQ | 101 PARK AVE, SUITE 2700 | | | NEW YORK | NY | 10178 | jon@saracheklawfirm.com |